# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **FELICIA ANN CURTIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:21-cv-00349-JDL |
| | ) |
| **LEONARD F. MORLEY, JR., et al.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Felicia Ann Curtin, who is proceeding pro se, filed a Complaint (ECF No. 1) on December 8, 2021, in which Curtin alleges that the defendants violated state and federal law by depriving her of her property through a state court foreclosure action. Her Motion to Proceed in Forma Pauperis (ECF No. 2) was granted (ECF No. 4) on December 9, 2021. United States Magistrate Judge John H. Rich III filed his Recommended Decision on the Complaint with the Court on December 30, 2021 (ECF No. 5), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b). Curtin filed an objection (ECF No. 6) on January 12, 2022.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

In her objection to the Recommended Decision, Curtin contends that I have a conflict because I worked with her ex-husband, a police officer for the Town of York, in York District Court. Curtin is presumably referring to my service as a Judge of the Maine District Court from 1995 to 2002, during which I regularly presided in the York District Court. Although her ex-husband may have appeared before me during that period in his capacity as a law enforcement officer, that history does not provide grounds for my disqualification from this case under the Code of Judicial Conduct. *See Code of Judicial Conduct* Canon 3(C)(1) (instructing that a judge shall disqualify from proceedings in which the judge's impartiality might reasonably be questioned).

It is therefore **ORDERED** that the Recommended Decision (ECF No. 5) of the Magistrate Judge is **ACCEPTED**. Felicia Curtin's Complaint (ECF No. 1) is **DISMISSED**.

SO ORDERED.

Dated: January 21, 2022.

                                                         /s/ JON D. LEVY
                                       **CHIEF U.S. DISTRICT JUDGE**